UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-80657-RYSKAMP/HOPKINS

BUCKY DENT,
TWINS 20 ENTERPRISES, LLC, and
CCMB ENTERPRISES, LLC,

               Plaintiffs,

vs.

DONALD S. UDERITZ,
TBC ALL-STAR SPORTS, LLC,
and HOT CORNER, LLC

               Defendants.

_____/

**JOINT MOTON FOR ENTRY OF
CONFIDENTIALITY AGREEMENT**

      Plaintiffs, Bucky Dent, Twins 20 Enterprises, LLC and CCMB Enterprises, LLC and Defendants, Donald S. Uderitz, TBC All-Star Sports, LLC, and Hot Corner, LLC, (the "Parties"), by their respective counsel, jointly move this court, pursuant to Fed.R.Civ.P. 26(c), for this Court to enter the fully-endorsed Confidentially Agreement and Order in the above-captioned action in the form attached hereto.

      In support of their joint motion, the Parties state as follows:

      1.     The Parties have stipulated to the terms of the proposed Confidentiality Agreement and Order as evidenced by their respective signatures.

      2.     The Parties respectfully submit that the attached Confidentiality Agreement and Order comports with the requirements of Fed.R.Civ.P. 26(c) and that good cause exists for entering the attached.

*Bucky Dent et al v. Donald S. Uderitz et al*
Case No. 12-CV-80657-Ryskamp/Hopkins
Joint Motion for Entry of Confidentiality Agreement

WHEREFORE, the Parties request that the Court grant this joint motion, enter the attached confidentiality Agreement and Order, and award such other and further relief as the Court deems just and proper.

Dated: November 12, 2012                    Respectfully submitted,


By:___ /s/ Gary A. Woodfield_____
      Gary A. Woodfield, Esq.
      FL Bar No.  0563102
      gwoodfield@haileshaw.com
      HAILE, SHAW & PFAFFENBERGER, P.A.
      660 U.S. Highway One, Third Floor
      North Palm Beach, FL  33408
      (561) 627-8100 – Telephone
      (561) 622-7603 – Facsimile
      *Attorneys for Defendants*


By: ___ /s/ Garry W. O'Donnell, Esq.
      Garry W. O'Donnell, Esq.
      FL Bar No. 0478148
      Email: godonnell@bdblaw.com
      BUCKINGHAM, DOOLITTLE
      & BURROUGHTS, LLP
      5355 Town Center Road, Suite 900
      Boca Raton, FL  33486
      Telephone:  (561) 241-0414
      Facsimile    (561) 241-9766
      *Attorneys for Plaintiff*

*Bucky Dent et al v. Donald S. Uderitz et al*
Case No. 12-CV-80657-Ryskamp/Hopkins
Joint Motion for Entry of Confidentiality Agreement

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 12th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

By:   /s/ Gary A. Woodfield
      Gary A. Woodfield, Esq.
      FL Bar No.  0563102
      gwoodfield@haileshaw.com

*Bucky Dent et al v. Donald S. Uderitz et al*
Case No. 12-CV-80657-Ryskamp/Hopkins
Joint Motion for Entry of Confidentiality Agreement

## SERVICE LIST

Garry W. O'Donnell, Esq.
Email: godonnell@bdblaw.com
BUCKINGHAM, DOOLITTLE
& BURROUGHTS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL  33486
Telephone:  (561) 241-0414
Facsimile    (561) 241-9766
*Attorneys for Plaintiff*
**Method of Service:  CM/ECF**

Michael H. Baniak, Esq.
E-mail:  baniak@mbhb.com
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone:  (312) 913-0001
Facsimile:  (312) 913-0002
*Pro Hac Vice*
*Attorneys for Plaintiff*
**Method of Service:  CM/ECF**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-80657-RYSKAMP/HOPKINS

BUCKY DENT,
TWINS 20 ENTERPRISES, LLC, and
CCMB ENTERPRISES, LLC,

      Plaintiffs,

vs.

DONALD S. UDERITZ,
TBC ALL-STAR SPORTS, LLC,
and HOT CORNER, LLC

      Defendants.

_____/

## CONFIDENTIALTY AGREEMENT AND ORDER

This Confidentiality Agreement and Order ("Agreement"), dated as of November 12, 2012, is entered into between Bucky Dent, Twins 20 Enterprises, LLC and CCMB Enterprises, LLC ("Plaintiffs") and Donald S. Uderitz, TBC All-Sports, LLC and Hot Corner, LLC ("Defendants").

WHEREAS, discovery has begun in this matter; and

WHEREAS, Plaintiffs and Defendants may exchange documents, submit documents to the Court, and/or use documents during the litigation of this matter, which documents may contain trade secrets or other confidential or proprietary information of Plaintiffs, Defendants, and/or third parties; and

WHEREAS, by this Agreement, Plaintiffs and Defendants (each individually a "Party" or collectively, the "Parties") seek to facilitate the exchange, submission and use of documents and information in accordance with Rule 34 of the Federal Rules of Civil Procedure, while

preserving and maintaining the confidentiality of any trade secrets or other confidential of proprietary information contained in the documents exchanged, submitted and/or used in connection with the litigation;

NOW THEREFORE, Plaintiffs and Defendants, and their respective counsel, if applicable, hereby acknowledge and agree that:

(a) Review of the confidential documents and information by counsel, experts, or consultants for the litigants in the litigation shall not waive the confidentiality of the documents or objections to production.

(b) The inadvertent, unintentional, or *in camera* disclosure of a confidential document and information shall not generally be deemed a waiver, in whole or in part, of any party's claims of confidentiality.

(c) Only documents containing trade secrets, special formulas, company security matters, customer lists, financial data, projected sales data, production data, matters relating to mergers and acquisitions, and data about the parties practices, strategies, plans, policies or procedures may be designated confidential, provided such documents have not previously been disclosed by the producing party to anyone except those in its employment or those retained by it. Such documents or parts thereof will be designated after review by an attorney for the producing party by stamping the word confidential on each page.

(d) If any party believes a document not described in the above paragraph should nevertheless be considered confidential, it may make application to the court or special master. Such application shall only be granted for reasons shown and for extraordinary grounds.

(e) Documents designated confidential shall be shown only to the attorneys, the parties, parties' experts, actual or proposed witnesses, and other persons whom the attorneys

deem necessary to review the documents for the prosecution or defense of the lawsuit.  Each person who is permitted to see confidential documents shall first be shown a copy of this order and shall further be advised of the obligation to honor the confidentiality designation.

(f)     If a party believes that a document designated or sought to be designated confidential by the producing party does not warrant such designation, the party shall first make a good-faith effort to resolve such a dispute with opposing counsel.  In the event that such a dispute cannot be resolved by the parties, either party may apply to the court or special master for a determination as to whether the designation is appropriate.  The burden rests on the party seeking confidentiality to demonstrate that such designation is proper.

(g)     At the time of deposition or within 10 days after receipt of the deposition transcript, a party may designate as confidential specific portions of the transcript which contain confidential matters under the standards set forth in paragraph (a) above.  This designation shall be in writing and served upon all counsel.  No objection shall be interposed at deposition that an answer would elicit confidential information.  Transcripts will be treated as confidential for this 10-day period.  Any portions of a transcript designated confidential shall thereafter be treated as confidential in accordance with this order.   In filing materials with the court in pretrial proceedings, counsel shall file under seal only those specific documents and that deposition testimony designated confidential, and only those specific portions of briefs, applications, and other filings that contain verbatim confidential data, or that set forth the substance of such confidential information.

(h)     Within ninety (90) calendar days after final conclusion of the litigation, and any appeals, each Party or its counsel, as applicable, shall return to the producing Party or its counsel, as applicable, the Confidential Documents and all copies of those documents in the possession,

custody, or control of the Party, its counsel, his or her clients, and the Party's, its counsel's or its counsel's clients' consulting and testifying experts.  Each Party or its counsel, as applicable, shall certify in writing that all such Confidential Documents and copies thereof have been returned to the producing Party and each expert who received copies of such Confidential Documents shall also certify that he or she has destroyed all notes, memoranda, electronically stored information, or other documents created by that expert from or containing information contained in the Confidential Documents.

(i)     In any application to the court or special master referred to or permitted by this order, the court or special master may exercise discretion in determining whether the prevailing party in such a dispute may recover the costs incurred by it and, the amount to be awarded.

WHEREFORE, the undersigned have executed this Agreement for, and on behalf of, and with the express authorization and approval of Plaintiffs and Defendants.


Respectfully submitted,
Plaintiffs
By their attorneys

/s/ Garry W. O'Donnell
Garry W. O'Donnell, Esq.
Email: godonnell@bdblaw.com
BUCKINGHAM, DOOLITTLE
& BURROUGHTS, LLP
5355 Town Center Road, Suite 900
Boca Raton, FL  33486
Telephone:  (561) 241-0414
Facsimile    (561) 241-9766
*Attorneys for Plaintiff*

Respectfully submitted,
Defendants
By their attorneys

/s/ Gary Woodfield
Gary Woodfield, Esq.
Email: gwoodfield@haileshaw.com
HAILE SHAW & PFAFFENBERGER, P.A.
660 US Highway One,  Third Floor
North Palm Beach, FL  33408
Telephone (561) 627-8100
Facsimile  (561) 622-7603
*Attorneys for Defendants*

Bucky Dent et al v. Donald S. Uderitz et al
Case No 12-CV-80657-Ryskamp/Hopkins
Confidentiality Agreement and Order

ORDER APPROVING CONFIDENTIALITY AGREEMENT

So Ordered.

DONE AND ORDERED in chambers at West Palm Beach, Palm Beach County, Florida

this __ day of November, 2012.

_____

Unites States District Judge